IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Minor, Khristopher K

Printed: 10/22/08

Case Number: 06 B 16267
Judge: Goldgar, A. Benjamin
Filed: 12/9/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: August 21, 2008
Confirmed: April 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,025.00 |  |
| Secured: |  | 1,958.54 |
| Unsecured: |  | 635.36 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,998.50 |
| Trustee Fee: |  | 327.13 |
| Other Funds: |  | 105.47 |
| Totals: | 6,025.00 | 6,025.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Brookins & Wilson | Administrative | 2,998.50 | 2,998.50 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Auto Finance | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 18,924.66 | 1,958.54 |
| 5. | Mark B Langut PHD | Unsecured | 635.36 | 635.36 |
| 6. | Loyola University Phys Foundation | Unsecured |  | No Claim Filed |
| 7. | Holly Wood Video | Unsecured |  | No Claim Filed |
| 8. | HSBC | Unsecured |  | No Claim Filed |
| 9. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 10. | SBC | Unsecured |  | No Claim Filed |
| 11. | Nicor Gas | Unsecured |  | No Claim Filed |
| 12. | Sprint | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,558.52 | $ 5,592.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 282.96 |
| 6.5% | 44.17 |
|  | $ 327.13 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Minor, Khristopher K

Printed: 10/22/08

Case Number:  06 B 16267
Judge:  Goldgar, A. Benjamin
Filed:  12/9/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

